**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR70 |
| | ) | |
| **STEVEN A. HUFFMAN,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant's Motion to Continue [7] is granted.

**IT IS ORDERED** that the initial appearance is continued to **April 4, 2006 at 2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 17th day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge